1  Michael D. Cooper (Bar No. 042761)
   Penn Ayers Butler (Bar No. 56663)
2  Daniel Rapaport (Bar No. 67217)
   Elizabeth Berke-Dreyfuss (Bar No. 114651)
3  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
4  Oakland, California 94607
   Telephone: (510) 834-6600
5  Fax: (510) 834-1928

6  Attorneys for Appellant
   CMR Mortgage Fund, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | CMR MORTGAGE FUND, LLC,           | Case Nos. 3:09-CV-01299 MHP
13 |           Appellant,              | and 3:09-CV-01842 MHP (Consolidated)
14 |     vs.                           | **STIPULATION AND ORDER ON ADMINISTRATIVE MOTION OF CMR MORTGAGE FUND, LLC TO COORDINATE BRIEFING SCHEDULES BETWEEN RELATED APPEALS**
15 | CANPARTNERS REALTY HOLDING COMPANY IV, LLC,
16 |
17 |           Appellee.

015881.0003\1237925.2

*STIP. AND ORDER ON ADMINISTRATIVE MOTION OF CMR MORTGAGE FUND, LLC TO COORDINATE BRIEFING SCHEDULES BETWEEN RELATED APPEALS*

1

Both parties to the related appeals *CMR Mortgage Fund, LLC v. Canpartners Realty Holding Company IV LLC,* Case Nos. 3:09-CV-3:09-CV-01299 MHP and 3:09-CV-3:09-CV-01842 MHP (collectively referred to as the "Appeals"), stipulate as follows:

**1.** The foregoing appeals from the United States Bankruptcy Court are presently pending before this Court. Appeal No. 09-3:09-CV-01299 was properly perfected, and a briefing schedule issued whereby the CMR Fund opening brief is due on May 22, 2009. Appeal No. 09-3:09-CV-01842-MHP was originally assigned to Judge Breyer. Based upon the Stipulation and Proposed Order Regarding Related Case, and the Administrative Motion of Canpartners Realty Holding Company IV, LLC to Relate Pending Appeals, the Court entered an order on May 13, 2009, relating Appeal No. 09-3:09-CV-01842 to Appeal No. 09-3:09-CV-01299 (Docket Nos. 8 and 7, respectively).

**2.** In Appeal No. 09-3:09-CV-01299, the Notice of Appeal was docketed, as was the record on appeal (Docket No. 3). Upon the docketing of the record on appeal, the Clerk issued a Notice re Briefing Schedule whereby the appellant's brief is due on May 22, 2009 (Docket No. 4).

**3.** However, the District Court has never issued Notice re Briefing in Appeal No. 09-3:09-CV-01842. On April 28, 2009, the Court issued a notice that, pursuant to Federal Rules of Bankruptcy Procedure 8010, the opening brief would be due 30 days after the record on appeal was docketed (Docket No. 2). CMR Fund timely filed the record on appeal with the Bankruptcy Court. CMR Fund believes that the record on appeal was transmitted to the Bankruptcy Appellate Panel and that the clerk at the Bankruptcy Appellate Panel transmitted the record on appeal to the District Court. However, the record on appeal has not been docketed and no notice of docketing the record and briefing schedule has issued in Appeal No. 09-3:09-CV-01842.

**4.** On May 7, 2009, the parties submitted a Stipulation and Proposed Order Regarding Related Case, filed as Docket No. 8, in Appeal 09-CV3:09-CV-01299, in which they recited their intention to request consolidation of the two Appeals for briefing and decision, which Stipulation.

015881.0003\1237925.2

*STIP. AND ORDER ADMINISTRATIVE MOTION OF CMR MORTGAGE FUND, LLC TO COORDINATE BRIEFING SCHEDULES BETWEEN RELATED APPEALS*

2

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

Dated: May 21, 2009

WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ Elizabeth Berke-Dreyfuss
   Michael D. Cooper (SBN 042761)
   Penn Ayers Butler (SBN 56663)
   Daniel Rapaport (SBN 67217)
   Elizabeth Berke-Dreyfuss (Bar No. 114651)
   Attorneys for Appellant
   CMR Mortgage Fund, LLC
   **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
   Oakland, CA 94607-4036
   Tel: (510) 834-6600
   Fax: (510) 834-1928

Dated: May 21, 2009

SIDLEY AUSTIN LLP

By: /s/ Richard Havel
   Richard W. Havel (SBN 52922)
   Christina M. Craige (SBN 251103)
   Ryan M. Sandrock (SBN 251781)
   Ariella T. Simonds (SBN 260940)
   Attorneys for Appellee
   Canpartners Realty Holding Company IV, LLC
   **SIDLEY AUSTIN LLP**
   555 West Fifth Street, Suite 4000
   Los Angeles, CA 90023-1010
   Tel: (213) 896-6000
   Fax: (213) 896-6600

015881.0003\1237925.2

*STIP. AND ORDER ADMINISTRATIVE MOTION OF CMR MORTGAGE FUND, LLC TO COORDINATE BRIEFING SCHEDULES BETWEEN RELATED APPEALS*

3

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. The Notice re Briefing Schedule issued and docketed in Appeal No. 09-3:09-CV-01299 is hereby vacated;

2. The Appeals in Case Nos. 3:09-CV-3:09-CV-01299 MHP and 3:09-CV-3:09-CV-01842 MHP shall be briefed, argued and decided jointly;

3. Appellant's opening brief in the Appeals shall be due on June 22, 2009; Appellee's opposition brief shall be due July 22, 2009, and Appellant's reply brief, if any, shall be due August 3, 2009.

Dated: May  22 , 2009



United S~~~~ IT IS SO ORDERED

Judge Marilyn H. Patel

*STIP. AND ORDER ADMINISTRATIVE MOTION OF CMR MORTGAGE FUND, LLC TO COORDINATE BRIEFING SCHEDULES BETWEEN RELATED APPEALS*

4