1

2

3

4

5

6

7

8

9                              **UNITED STATES DISTRICT COURT**

10                      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                                **SAN FRANCISCO DIVISION**

CMR MORTGAGE FUND, LLC,              )   Case Nos. 3:09-CV-01299 MHP
12                                   )   and 3:09-CV-01842 MHP
             Appellant,              )   (consolidated)
13                                   )
vs.                                  )
14                                   )
CANPARTNERS REALTY HOLDING           )
15  COMPANY IV, LLC,                 )
                                     )
16                   Appellee.       )
    _____)
17

18          **ORDER REVESTING JURISDICTION IN BANKRUPTCY COURT TO CONSIDER
                CANPARTNERS REALTY HOLDING COMPANY IV, LLC'S
19                         FED.R.CIV.P. 60(b) MOTION**

20          On February 6, 2009, the Bankruptcy Court entered an order

21  (the Order) granting Canpartners Realty Holding Company IV LLC

22  (Canyon) relief from stay to foreclose on real property located in

    Hawaii.  The Order directed Canyon not to transfer or encumber the
23
    property after foreclosure.  Appellant CMR Mortgage Fund, LLC filed
24
    a timely notice of appeal of the Order, which is pending before
25
    this Court as consolidated case nos. 3-09-CV-01299 MHP and 3:09-CV-
26
    01842 MHP.
27
            On June 9, 2009, Canyon filed a motion in the Bankruptcy
28
    Court, seeking to have that Court lift the restriction on further

                                    -1-

transfer or encumbrance of the property (the Motion).  The
Bankruptcy Court construed the Motion as one to amend the Order
pursuant to Fed. R. Civ. Proc. 60(b), and requested this Court to
revest jurisdiction in the Bankruptcy Court to permit it to rule
upon the Motion.

Upon due consideration, and for good cause shown, the Court
hereby orders that the Bankruptcy Court is revested with
jurisdiction to determine the Motion.


IT IS SO ORDERED.


November 30, 2009
Date

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

1    **<u>Court Service List</u>**

2

3    Michael D. Cooper
     Wendel, Rosen, Black and Dean
4    1111 Broadway 24th Floor
     P.O. Box 2047
5    Oakland, CA 94604-2047

6    Richard W. Havel, Esq.
     Christina M. Craige, Esq.
7    Sidley Austin LLP
     555 West Fifth Street, Suite 4000
8    Los Angeles, CA 90013

9    Ryan M. Sandrock, Esq.
     Sidley Austin LLP
10   555 California Street
     San Francisco, CA 94104

11
     Minnie Loo, Esq.
12   Office of the U.S. Trustee
     235 Pine Street, 7th Floor
13   San Francisco, CA 94104

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28